JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J AND J SPORTS PRODUCTIONS, INC.,** | Case No. CV11-09264 WDK(FMOx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **FERNANDA ESCOBEDO, et al.,** | |
| Defendant. | |

Plaintiff accepts defendant's Rule 68 Offer of Judgment.

Plaintiff J and J Sports Productions, Inc. is awarded final judgment against the defendants Fernanda Escobedo, individually d/b/a Casa Blanca Bar a/k/a Exit 38 shall pay the plaintiff, J and J Sports Productions, Inc. in the amount of four thousand and one dollar ($4,001.00).

IT IS SO ORDERED.

Dated: December 17, 2012

_____

William Keller
United States District Judge